No. 410. TRICO PRODUCTS CORP. *v.* McGOWAN, COLLECTOR OF INTERNAL REVENUE, *ante,* p. 899. Rehearing denied.

No. 226, Misc. BURALL *v.* SWOPE, WARDEN, *ante,* p. 890. Rehearing denied.

No. 237, Misc. WILLIAMS *v.* UNITED MINE WORKERS OF AMERICA, *ante,* p. 897. Rehearing denied.